No. 344, Misc. STELLOH v. WISCONSIN. Supreme Court of Wisconsin. Certiorari denied.

No. 348, Misc. BRENNAN v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 351, Misc. CANNADY v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 365, Misc. BROWN v. FLORIDA. Supreme Court of Florida. Certiorari denied. *William H. Maness* and *T. E. Byrne, Jr.* for petitioner.

No. 35. EASTERN MOTOR EXPRESS, INC. ET AL. v. UNITED STATES ET AL., 344 U. S. 298; and
No. 37. LLOYD A. FRY ROOFING CO. v. WOOD ET AL., MEMBERS OF THE ARKANSAS PUBLIC SERVICE COMMISSION, 344 U. S. 157. Petitions for rehearing denied.

No. 60. PENNSYLVANIA RAILROAD CO. v. O'ROURKE, 344 U. S. 334. The motion for leave to file brief of Order of Railway Conductors, Pennsylvania Railroad Lines East et al., as *amici curiae*, is denied. Rehearing denied.

No. 204, Misc. FRANKFELD ET AL. v. UNITED STATES, 344 U. S. 922. Motion for leave to file brief of Sam Houston Allen, and others, as *amici curiae*, denied. Rehearing denied.

No. 294, Misc. CAMPBELL v. PENNSYLVANIA ET AL., 344 U. S. 926; and
No. 328, Misc. WALLACE v. HECK, AS ASSEMBLYMAN AND SPEAKER OF THE STATE ASSEMBLY OF NEW YORK, 344 U. S. 931. Petitions for rehearing denied.